IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BYRON F. REED, et al., )
 )
              Plaintiffs, )
 )
v. ) No. 05 C 1385
 )
THE MUNICIPAL OFFICERS ELECTORAL )
BOARD FOR THE VILLAGE OF MAYWOOD, )
ILLINOIS, et al., )
 )
              Defendants. )

## MEMORANDUM ORDER

This Court has invariably (at least up to now) received the Judge's Copy of each newly filed complaint within one day of its filing, a delivery that enables this Court to deal swiftly with any threshold matters. For some unexplained reason that did not happen in this case. Instead this Court first learned of this lawsuit when it requested and obtained from its minute clerk a printout of pending motions in cases on its calendar (a procedure that it follows each week or so for its own information). When that printout revealed the existence of this case, including motions that seek in forma pauperis treatment and the appointment of counsel, this Court promptly obtained a photocopy of the Verified Complaint that had been filed on March 8.

No ruling is either made or implied here as to the viability or nonviability of the claim set out in the Complaint. Instead this order addresses only the accompanying In Forma Pauperis Application ("Application") and Motion for Appointment of Counsel

("Motion"), each of which has been submitted on the form provided by this District Court's Clerk's Office, with other information called for by those forms having been provided in handwritten form. As to those requests:

1. Only one of the four plaintiffs, Melvin Delk ("Delk"), has filled out and signed the Application. That cannot of course suffice as a showing that the four plaintiffs together cannot pay the $250 filing fee. Accordingly the Application is denied without prejudice.

2. That applies with equal force to the Motion, which is also signed by Delk alone and reflects only that he asked a single lawyer to take the case pro bono. That limited showing is inadequate as to Delk himself, and it is plainly insufficient to reflect any efforts that the four plaintiffs were required to make to obtain counsel on their own. Hence the Motion is also denied without prejudice.

In the meantime this Court is contemporaneously issuing its customary initial scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 17, 2005