IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BYRON F. REED, et al., )
)
        Plaintiffs, )
)
v. ) No. 05 C 1385
)
THE MUNICIPAL OFFICERS ELECTORAL )
BOARD FOR THE VILLAGE OF MAYWOOD, )
ILLINOIS, et al., )
)
        Defendants. )

## MEMORANDUM ORDER

This Court's March 17, 2005 memorandum order denied the In Forma Pauperis Application ("Application") that had been completed and submitted by only one of the four plaintiffs in this action, Melvin Delk ("Delk"). Because there had been no showing that the four plaintiffs together could not pay the $250 filing fee, the Application was denied without prejudice.

Despite the passage of a full month since then, nothing further has been received from Delk or his coplaintiffs. Accordingly, unless on or before April 27, 2005 either (1) the $250 filing fee is paid in full or (2) a properly completed Application is filed in this Court's chambers by all plaintiffs, this Court will dismiss this action for nonpayment of the filing fee.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date: April 18, 2005