IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BYRON F. REED, et al.,

        Plaintiffs,

v.                          No. 05 C 1385

THE MUNICIPAL OFFICERS ELECTORAL
BOARD FOR THE VILLAGE OF MAYWOOD,
ILLINOIS, et al.,

        Defendants.

### MEMORANDUM ORDER

Nothing further has been received from any (let alone all) of the plaintiffs in this action, despite the clear message delivered by this Court's April 18, 2005 memorandum order (a copy of which is attached). Accordingly this action is dismissed for nonpayment of the filing fee.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date: April 28, 2005